# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-3731

_____

Esnath Mogiti Ochweri

*Petitioner*

v.

William P. Barr, Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: March 27, 2019
Filed: April 8, 2019
[Unpublished]

_____

Before BENTON, BOWMAN, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Kenyan citizen Esnath Ochweri petitions for review of an order of the Board of Immigration Appeals (BIA) dismissing her appeal from a decision in which an immigration judge denied her motion to reopen. After careful review, we conclude the BIA's denial was not an abuse of discretion. *See Averianova v. Holder*, 592 F.3d 931, 936-37 (8th Cir. 2010) (discussing the standard of review for motions to reopen;

8 U.S.C. § 1229a(c)(7)(C)(i), (ii).  Accordingly, the petition is denied.  *See* 8th Cir. R. 47B.

_____